OPINION — AG — QUESTION: "MAY THE LEGISLATURE OF THE STATE OF OKLAHOMA MAKE LINE ITEM APPROPRIATIONS FOR MULTI COUNTY ORGANIZATIONS AS SHOWN IN THE APPROPRIATIONS BILL FOR THE OKLAHOMA TOURISM AND RECREATION DEPARTMENT ?" — IT IS UNCONSTITUTIONALLY INVALID CITE: 74 O.S. 1979 Supp., 1830 [74-1830] ARTICLE X, SECTION 14, ARTICLE X, SECTION 15, ARTICLE X, SECTION 19 (VICTOR G. HILL JR) SEE: OPINION NO. 87-100 (1987) SEE: OPINION NO. 92-542 (1992)